# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ARRINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 21-1282 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Patricia L. Dodge |
| COMMONWEALTH, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 2nd day of February, 2022, after Petitioner Richard Arrington filed an amended petition for writ of habeas corpus in the above-captioned matter, (Docket No. [20]), and after a Report and Recommendation was filed by United States Magistrate Judge Patricia L. Dodge on January 13, 2022 recommending that such petition be dismissed, without prejudice, as he is not entitled to a writ of habeas corpus under 28 U.S.C. § 2241 challenging the pending state charges and he has otherwise failed to exhaust administrative remedies, (Docket No. [21]), and directing Petitioner to submit any objections within 14 days, and Petitioner's "Objection to Report and Recommendation Violation of United States, Pennsylvania, Constitution Amendment Numbers: 1st, 4th, 5th, 6th, 8th, 14th" filed on January 31, 2022, (Docket No. [22]), and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Petitioner's Objections [22] are OVERRULED;

IT IS FURTHER ORDERED that the amended petition for writ of habeas corpus [20] is DISMISSED, without prejudice;

IT IS FURTHER ORDERED that, to the extent needed, a certificate of appealability is DENIED;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED; and,

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

          *s/ Nora Barry Fischer*
          Nora Barry Fischer
          Senior U.S. District Judge

cc/ecf:  United States Magistrate Judge Patricia L. Dodge

       All counsel of record.

cc:     RICHARD ARRINGTON
        21-00719
        BEAVER COUNTY PRISON
        6000 WOODLAWN BLVD.
        ALIQUIPPA, PA 15001
        (via first class mail).